# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Philip K. Asherman,<br><br>                      Plaintiff,<br><br>v.<br><br>Thomas C. Rowland, III,<br><br>                      Defendant. | 2:24-cv-01732-RMG<br><br>**JOINT REPORT RE: MEDIATION** |

Pursuant to the Court's Order to Conduct Mediation (Dkt. 12), the parties report that on January 16, 2025, they mediated this matter in person with mediator John Massalon. Present in person were plaintiff Philip K. Asherman and his attorney Ian S. Ford, and defendant Thomas C. Rowland, III, and his attorney Bernie W. Ellis. No settlement was reached and the case is ripe to move forward.

[SIGNATURES ON NEXT PAGE]

Respectfully submitted,

FORD WALLACE THOMSON LLC

By: s/ Ian Ford
Ian S. Ford (Fed. Bar 9057)
      Ian.Ford@FordWallace.com
715 King Street, Charleston, SC 29403
(843) 277-2011
www.FordWallace.com
*Attorneys for Plaintiff*

BURR & FORMAN, LLP

By: s/Bernie W. Ellis
Bernie W. Ellis (Fed. Bar 5650)
E-mail: bellis@burr.com
Post Office Box 447
Greenville, SC  29602
Telephone: (864) 271-4940
*Attorneys for Defendant*